Bruce Wayne KOENIG, Plaintiff–Appellant,

and

Larry E. Horton, Plaintiff,

v.

State of MARYLAND; Maryland Division of Correction; Bobby Shearin; M. Yacenech; CO II Correctional Officer Gutillo, Defendants–Appellees.

No. 14–7075.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

Bruce Wayne Koenig, Appellant Pro Se. Stephanie Judith LaneWeber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Wayne Koenig seeks to appeal the district court's order dismissing without prejudice Koenig's co-plaintiff and granting Koenig leave to proceed in forma pauperis. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Koenig seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*